**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 25-cv-24447-DPG**

LEVI MANNERUD,

     **Plaintiff,**

v.

HARTFORD LIFE AND
ACCIDENT INSURANCE CO.,

     **Defendant**.

_____/

**<u>ORDER</u>**

     **THIS CAUSE** comes before the Court on Motion to Withdraw as Plaintiff's Counsel (the "Motion"). [ECF No. 20]. The Court, having reviewed the Motion and being otherwise fully advised on the premises, hereby **ORDERS AND ADJUDGES** as follows:

1. The Motion is **GRANTED**.

2. Nick Anthony Ortiz is permitted to withdraw as Plaintiff's counsel of record in this action.

3. Within **twenty (20) days** of the entry of this Order, Plaintiff shall (a) retain new counsel, who shall file a Notice of Appearance in this action, or (b) file a written notice advising the Court that Plaintiff will represent himself.

4. If Plaintiff fails to retain new counsel or file a written notice, Defendant shall move for dismissal.

2

5.      All documents, correspondence, pleadings, motions, and other filings shall be served on Plaintiff at this address: 3459 St Rose Pkwy Ste 120-261, Henderson, NV 89052.

6.      Within **two (2) days** of the entry of this Order, Nick Anthony Ortiz shall provide a copy of this Order to Plaintiff Levi Mannerud.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of May, 2026.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE